## SOTO *v.* CÓRDOVA, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *certiorari.*

No. 78.—Resuelto en octubre 10, 1911.

CERTIORARI—MERAS INFORMALIDADES DE PROCEDIMIENTO.—El auto de *certiorari* no se da para corregir meras informalidades de procedimiento que no tienden a lesionar los derechos de las partes.

ID.—EMBARGO DE RENTAS DE UNA CASA—FACULTADES DEL ADMINISTRADOR DE UNA CASA.—El administrador de una casa con facultades para recibir las rentas de la misma, no puede menos de tenerlas también para gestionar judicial o extrajudicialmente todo lo conducente a ese cobro, y no es un defecto de procedimiento que lesione los derechos de las partes, el no haberse sustanciado en pieza separada la moción de dicho administrador para conseguir se dejara sin efecto el embargo de las rentas, quedando subsistente el de la casa principal.

Los hechos están expresados en la resolución.

Abogado del peticionario: *Sr. Rafael López Landrón.*

### RESOLUCIÓN.

Los hechos expuestos en la anterior solicitud, no determinan causa bastante para la expedición del auto de *certiorari* solicitado. Según la sección primera de la ley sobre la materia aprobada en 10 de marzo de 1904, dicho auto procede en aquellos casos en que el procedimiento adoptado no está de acuerdo con las prescripciones de la ley. El peticionario alega como defectos de procedimiento, haber sido infringidos el artículo 51 del Código de Enjuiciamiento Civil, y la sección 14 de la ley para asegurar la efectividad de sentencias, aprobada en marzo 1 de 1902. Tales infracciones no existen en el presente caso, pues si el administrador de una casa tiene facultad para percibir las rentas de la misma, no puede menos de tenerla también para gestionar judicial o extrajudicialmente todo lo conducente a ese cobro; y el hecho de no haberse sustanciado en pieza separada la moción del demandado administrador para conseguir se dejara sin efecto el embargo de las rentas quedando subsistente el de la casa principal, no es un defecto de procedimiento que afecte los derechos de las partes causándoles perjuicios. Una mera informalidad de procedimiento no puede servir de fundamento a un auto de *certiorari*, si no tiende a lesionar derechos.

Por las razones expuestas no ha lugar a expedir el auto de *certiorari* solicitado.

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.